# UNITED STATES DISTRICT COURT
for the

District of South Carolina

J & J Sports Productions, Inc.,

v.  Civil Action No.   3:11-2434-MBS

Mucho Margarita LLC d/b/a Mucho Margaritas Bar & Grill and Maria Leon,
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, J&J Sports Productions, Inc., recover from the defendants, Mucho Margarita LLC d/b/a Mucho Margaritas Bar & Grill and Maria Leon, jointly and severally, the amount of Eleven Thousand, and 00/100 ($11,000.00) Dollars in damages, plus Two Thousand, Nine Hundred Twenty and 17/100 ($2.920.17) Dollars in attorney's fees and costs for a sum of Thirteen Thousand Nine Hundred Twenty Dollars and 17/100 ($13,920.17) Dollars. Post Judgment interest shall run at a rate of .19%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date:   June 5, 2012                    *CLERK OF COURT*

                                        s/Angie Snipes
                                        _____
                                        *Signature of Clerk or Deputy Clerk*